ORDERED.

**Dated: May 22, 2018**

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                  Case No.: 6:18-bk-01979-KSJ
                                                                                        Chapter: 7

VICTOR LUIS PAGAN,
*AKA VICTOR PAGAN*
*AKA LUIS PAGAN*
*AKA VICTOR L PAGAN*
*AKA VICTOR MILLET* and
CLARA MARCELA PERDOMO,
*AKA CLARA PERDOMO*
*AKA MARCELA PERDOMO*
*AKA CLARA M PERDOMO*
*AKA CARLA SANTANA*,

    Debtors.
_____/

**AGREED ORDER GRANTING, IN PART, DENYING IN PART VERIFIED MOTION
FOR RELIEF FROM AUTOMATIC STAY FILED BY QUICKEN LOANS INC.**

THIS CASE came on for consideration upon the Motion for Relief from Automatic Stay filed by Quicken Loans Inc. (the "Secured Creditor") (Doc. No. 8) (the "Motion"). Having

considered the Motion and the absence of any record objection to the relief requested, and noting the agreement of the Secured Creditor and the Chapter 7 Trustee the Court finds the Motion should be granted in part, as detailed below. Accordingly, it is

**ORDERED:**

1. The Motion is granted, in part, and denied in part.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated, effective 90 days from the entry of this order, as to Secured Creditor's interest in the real property (the "Property") located at 5865 Pearl Oyster Ln, Forth Worth, TX 76179 and further described as follows:

> LOT 15, BLOCK 13, MARINE CREEK RANCH, AN ADDITION TO THE CITY OF FORT WORTH, TARRANT COUNTY, TEXAS, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN CABINET A, SLIDES 8924, 8925 AND 8926, PLAT RECORDS OF TARRANT COUNTY, TEXAS.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secure Creditor, its successors and/or assigns, to complete *in rem* relief to take any and all steps necessary to exercise any rights it may have in the Property and to gain possession of said Property. Secured Creditor does not have *in personam* relief against the Debtors.

4. The terms of this Order are stayed for a period of ninety (90) days.

5. Bankruptcy fees in the amount of $345.00 and costs in the amount of $181.00 are awarded for the prosecution of the Motion for Relief from Stay.

Attorney Austin Noel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.